UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VICTORIANO TAVAREZ,** *individually and behalf of others similarly situated,*<br><br>                              **Plaintiff,**<br><br>-against-<br><br>**UNPLUGGED PERFORMANCES INC.,**<br><br>                              **Defendant.** | 21-cv-9890 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   October 19, 2022
             New York, New York

_____
**ANDREW L. CARTER, JR.
United States District Judge**